# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SAMUEL DANIELS,

    Petitioner,

v.   No. 19-cv-0176 JCH/SMV

MARK GALLEGOS,

    Respondent.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. The record reflects that certain mailings to Petitioner Samuel Daniels were returned as undelivered. *See* [Doc. 6]. It appears that Petitioner Daniels has been transferred or released from custody without advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Petitioner has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. The same is true of simple, nonburdensome local rules . . . ." (citation omitted)). Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, no later than **September 11, 2019,** Petitioner Samuel Daniels shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

                                        **STEPHAN M. VIDMAR**
                                        **United States Magistrate Judge**